# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RIKARD RALPH HERALD,** a/k/a **RICHARD RALPH HERALD,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Case No. 2:15-CV-00568-CLS-TMP ) |
| **KENNETH JONES, Warden,** and the **ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | ) ) ) ) ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on January 28, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 11). Petitioner requested and received an extension of time in which to file objections. (Docs. 10, 11). He thereafter retained an attorney, who also sought an extension of time to file objections, which was granted. (Docs. 15, 16). On March 22, 2016, petitioner filed objections through counsel. Having carefully considered *de novo* all the materials in the court file, including the report and recommendation and the objections, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED. A separate order will be entered

denying the petition and dismissing all claims.

    **DONE** this 9th day of May, 2016.

                                                                      _____
                                                                       United States District Judge