FILED
2016 May-09 AM 10:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RIKARD RALPH HERALD, a/k/a RICHARD RALPH HERALD, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 2:15-CV-00568-CLS-TMP ) |
| KENNETH JONES, Warden, and the ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith accepting and adopting the magistrate judge's Report and Recommendation, and with Federal Rule of Civil Procedure 58, it hereby is ORDERED, ADJUDGED, and DECREED that petitioner's claims in this action brought pursuant to 28 U.S.C. § 2254 are DENIED and DISMISSED WITH PREJUDICE.

**DONE** and **ORDERED** this 9th day of May, 2016.

_____
United States District Judge